**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Geralyn G. Rudolph aka Gerri Rudolph<br>James B. Rudolph<br><br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 20-14261 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans, LLC and index same on the master mailing list.

                  Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
10 Nov 2020, 13:50:34, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322