United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
James B. Rudolph  
Geralyn G. Rudolph  
    Debtor(s)

Case No. 20-14261-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Nov 16, 2020 | Form ID: 309I | Total Noticed: 34 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James B. Rudolph, Geralyn G. Rudolph, 6131 Autumn Court, Pipersville, PA 18947-1027 |
| 14555288 | | Capital One (Cabela's), PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14555289 | | Cardmember Services (British Airways), PO Box 15298, Wilmington, DE 19850-5298 |
| 14555300 | | First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 14555301 | | First National Bank of Omaha, PO Box 3696, Omaha, NE 68103-0696 |
| 14555308 | + | US Dept of Education, PO Box 7859, Madison, WI 53707-7859 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dianamdixonesq@gmail.com | Nov 17 2020 04:02:00 | DIANA M. DIXON, Dixon Law Offices, 107 N. Broad Street, Suite 307, Doylestown, PA 18901 |
| tr | + | Email/Text: bncnotice@ph13trustee.com | Nov 17 2020 04:02:00 | WILLIAM C. MILLER, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105-1229 |
| smg | | Email/Text: megan.harper@phila.gov | Nov 17 2020 04:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 17 2020 04:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 17 2020 04:02:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Nov 17 2020 04:02:00 | United States Trustee, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14555282 | | EDI: AMEREXPR.COM | Nov 17 2020 06:33:00 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 14555283 | | EDI: BANKAMER.COM | Nov 17 2020 06:33:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 14555284 | | EDI: BANKAMER.COM | Nov 17 2020 06:33:00 | Bank of America, N.A., PO Box 45224, Jacksonville, FL 32232-5224 |
| 14556555 | | EDI: BANKAMER.COM | Nov 17 2020 06:33:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14558912 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 17 2020 04:02:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop: JCA115, Johnston, RI 02919 |
| 14555285 | | EDI: CAPITALONE.COM | Nov 17 2020 06:33:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 16, 2020 | Form ID: 309I | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| 14559324 | + | EDI: AIS.COM | Nov 17 2020 06:33:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14555293 | + | EDI: CITICORP.COM | Nov 17 2020 06:33:00 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14555292 | | EDI: CITICORP.COM | Nov 17 2020 06:33:00 | Citi Cards, PO Box 6062, Sioux Falls, SD 57117 |
| 14555294 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 17 2020 04:02:00 | Citizens Bank Card Services, PO Box 7092, Bridgeport, CT 06601-7092 |
| 14555296 | | EDI: WFNNB.COM | Nov 17 2020 06:33:00 | Comenity Bank (Legendary Pine), Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 14555297 | | EDI: WFNNB.COM | Nov 17 2020 06:33:00 | Comenity Bank (Legendary Pine), PO Box 182273, Columbus, OH 43218-2273 |
| 14555299 | | EDI: DISCOVER.COM | Nov 17 2020 06:33:00 | Discover, PO Box 30943, Salt Lake City, UT 84130-0285 |
| 14555298 | + | EDI: DISCOVER.COM | Nov 17 2020 06:33:00 | Discover, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 14559212 | | EDI: DISCOVER.COM | Nov 17 2020 06:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14555290 | | EDI: JPMORGANCHASE | Nov 17 2020 06:33:00 | Cardmember Services (Chase), PO Box 15298, Wilmington, DE 19850-5298 |
| 14555302 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 17 2020 04:02:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14555303 | + | Email/Text: bkrgeneric@penfed.org | Nov 17 2020 04:02:00 | PenFed Credit Union, PO Box 1432, Alexandria, VA 22313-1432 |
| 14555304 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 17 2020 04:02:00 | Quicken Loans, Inc., ATTN: Client Relations, 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 14555305 | | EDI: RMSC.COM | Nov 17 2020 06:33:00 | Synchrony Bank (Amazon), ATTN: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14555306 | | EDI: RMSC.COM | Nov 17 2020 06:33:00 | Synchrony Bank (TJX), ATTN: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14555307 | + | Email/Text: dbogucki@trumark.org | Nov 17 2020 04:02:00 | Trumark Financial Credit Union, PO Box 8127, Fort Washington, PA 19034-8127 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | WILLIAM C. MILLER, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105-1229 |
| 14555286 | * | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14555287 | * | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14555295 | *+ | Citizens Bank Card Services, PO Box 7092, Bridgeport, CT 06601-7092 |
| 14555291 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Cardmember Services (Chase), PO Box 15298, Wilmington, DE 19850-5298 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-2 | User: Adminstra | Page 3 of 3
Date Rcvd: Nov 16, 2020 | Form ID: 309I | Total Noticed: 34

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2020         Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2020 at the address(es) listed below:**

**Name** | **Email Address**

DIANA M. DIXON
on behalf of Joint Debtor Geralyn G. Rudolph dianamdixonesq@gmail.com

DIANA M. DIXON
on behalf of Debtor James B. Rudolph dianamdixonesq@gmail.com

REBECCA ANN SOLARZ
on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com

WILLIAM C. MILLER, Esq.
on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 5

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | James B. Rudolph <br> First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–2901 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | Geralyn G. Rudolph <br> First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–1329 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: | 13    10/27/20 |
| Case number: | 20–14261–mdc | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | James B. Rudolph | Geralyn G. Rudolph |
| 2. | **All other names used in the last 8 years** | | aka Gerri Rudolph |
| 3. | **Address** | 6131 Autumn Court <br> Pipersville, PA 18947 | 6131 Autumn Court <br> Pipersville, PA 18947 |
| 4. | **Debtor's attorney** <br> Name and address | DIANA M. DIXON <br> Dixon Law Offices <br> 107 N. Broad Street <br> Suite 307 <br> Doylestown, PA 18901 | Contact phone 215–348–1500 <br><br> Email: dianamdixonesq@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | WILLIAM C. MILLER, Esq. <br> Chapter 13 Trustee <br> P.O. Box 1229 <br> Philadelphia, PA 19105 | Contact phone 215–627–1377 <br><br> Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 | Hours open: <br> Philadelphia Office –– 8:30 A.M. to 5:00 P.M; <br> Reading Office –– 8:00 A.M. to 4:30 P.M. <br><br> Contact phone (215)408–2800 <br><br> Date: 11/16/20 |

**For more information, see page 2**

Debtor **James B. Rudolph** and **Geralyn G. Rudolph**  Case number **20–14261–mdc**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 16, 2020 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**The Mtg of Creditors will be conducted, via telephonic conference. All interested, parties shall contact the Trustee, for connection details** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/15/21** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/5/21** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/26/21** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $1000.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**1/21/21** at **09:30 AM** , Location: **Courtroom #2, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |