IN THE UNITED STATES BANKRUPTCY COURT
For the EASTERN DISTRICT of PENNSYLVANIA
PHILADELPHIA DIVISION

|  |  |  |
|---|---|---|
|  |  | Chapter:        13 |
|  |  | Case Number:    20-14261-MDC |
| In re: | ) | Assigned to the Honorable: |
| James Rudolph | ) |  |
|  | ) |  |
|  | ) | REQUEST FOR SPECIAL NOTICE |
| Debtor(s) | ) | [NO Hearing Required] |

TO THE CLERK:

The undersigned attorneys for:

CAVALRY SPV I, LLC
Merchant Name:HOUSEHOLD BANK (SB) N.A

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that CAVALRY SPV I, LLC be given and served with all notices given or required to be given in the case as follows:

CAVALRY SPV I, LLC
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 11/19/20
Account Number: *******8652

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass  (AZ 016849)
Attorneys for Creditor
CAVALRY SPV I, LLC
3936 E Ft Lowell Rd Suite 200
Tucson, AZ  85712-1083
(520) 577-1544
ecf@bass-associates.com