## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  James B. Rudolph<br>      Geralyn G. Rudolph aka Gerri Rudolph<br>               Debtor(s) | CHAPTER 13 |
| Quicken Loans, LLC, its successors and/or assigns<br>               Movant<br><br>       vs. | |
| James B. Rudolph<br>Geralyn G. Rudolph aka Gerri Rudolph<br>               Debtor(s) | NO. 20-14261 MDC |
| William C. Miller Esq.<br>           Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Quicken Loans, LLC, which was filed with the

Court on or about **November 24, 2020, Docket Number 13**.

Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorney for Movant/Applicant

February 3, 2021