United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 20-14261-mdc |
|---|---|
| James B. Rudolph | Chapter 13 |
| Geralyn G. Rudolph | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 25, 2021 | Form ID: 155 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James B. Rudolph, Geralyn G. Rudolph, 6131 Autumn Court, Pipersville, PA 18947-1027 |
| 14555282 | | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 14561540 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14555283 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 14555284 | | Bank of America, N.A., PO Box 45224, Jacksonville, FL 32232-5224 |
| 14556555 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14562880 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14564658 | + | CAVALRY SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14555288 | | Capital One (Cabela's), PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14555289 | | Cardmember Services (British Airways), PO Box 15298, Wilmington, DE 19850-5298 |
| 14564217 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 14555293 | + | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14555292 | | Citi Cards, PO Box 6062, Sioux Falls, SD 57117 |
| 14555300 | | First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 14555301 | | First National Bank of Omaha, PO Box 3696, Omaha, NE 68103-0696 |
| 14563924 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14561923 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14566002 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14560226 | + | Quicken Loans, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14555308 | + | US Dept of Education, PO Box 7859, Madison, WI 53707-7859 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14558912 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 26 2021 01:03:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop: JCA115, Johnston, RI 02919 |
| 14555285 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 26 2021 01:13:09 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14559324 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 26 2021 01:09:31 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14555293 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2021 01:13:16 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14555292 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2021 01:09:34 | Citi Cards, PO Box 6062, Sioux Falls, SD 57117 |
| 14555294 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 26 2021 01:03:00 | Citizens Bank Card Services, PO Box 7092, Bridgeport, CT 06601-7092 |
| 14555296 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2021 01:04:00 | Comenity Bank (Legendary Pine), Bankruptcy Department, PO Box 182125, Columbus, OH |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 25, 2021 | Form ID: 155 | Total Noticed: 40 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 43218-2125 |
| 14555297 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2021 01:04:00 | Comenity Bank (Legendary Pine), PO Box 182273, Columbus, OH 43218-2273 |
| 14555299 | | Email/Text: mrdiscen@discover.com | Feb 26 2021 01:03:00 | Discover, PO Box 30943, Salt Lake City, UT 84130-0285 |
| 14555298 | + | Email/Text: mrdiscen@discover.com | Feb 26 2021 01:03:00 | Discover, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 14559212 | | Email/Text: mrdiscen@discover.com | Feb 26 2021 01:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14555290 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 26 2021 01:13:08 | Cardmember Services (Chase), PO Box 15298, Wilmington, DE 19850-5298 |
| 14555302 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 26 2021 01:03:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14566407 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2021 01:11:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14571118 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2021 01:13:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14555303 | + | Email/Text: bkrgeneric@penfed.org | Feb 26 2021 01:03:00 | PenFed Credit Union, PO Box 1432, Alexandria, VA 22313-1432 |
| 14574227 | | Email/Text: bnc-quantum@quantum3group.com | Feb 26 2021 01:04:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14555304 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 26 2021 01:04:00 | Quicken Loans, Inc., ATTN: Client Relations, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14573687 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 26 2021 01:13:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14555305 | | Email/PDF: gecsedi@recoverycorp.com | Feb 26 2021 01:11:14 | Synchrony Bank (Amazon), ATTN: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14555306 | | Email/PDF: gecsedi@recoverycorp.com | Feb 26 2021 01:11:14 | Synchrony Bank (TJX), ATTN: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14555307 | + | Email/Text: dbogucki@trumark.org | Feb 26 2021 01:04:00 | Trumark Financial Credit Union, PO Box 8127, Fort Washington, PA 19034-8127 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14555286 | * | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14555287 | * | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14555295 | *+ | Citizens Bank Card Services, PO Box 7092, Bridgeport, CT 06601-7092 |
| 14555291 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Cardmember Services (Chase), PO Box 15298, Wilmington, DE 19850-5298 |
| 14562719 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 25, 2021 | Form ID: 155 | Total Noticed: 40 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DIANA M. DIXON | on behalf of Joint Debtor Geralyn G. Rudolph dianamdixonesq@gmail.com |
| DIANA M. DIXON | on behalf of Debtor James B. Rudolph dianamdixonesq@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: James B. Rudolph and Geralyn G. Rudolph

    Debtor(s)

Chapter: 13

Bankruptcy No: 20−14261−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this February 25, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                    Magdeline D. Coleman
                                    Chief Judge ,
                                    United States Bankruptcy Court

                                                                  26 − 10
                                                                 Form 155