Certificate Number: 15317-PAE-DE-040086676

Bankruptcy Case Number: 20-14261



15317-PAE-DE-040086676

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 14, 2025, at 7:28 o'clock AM PDT, James Rudolph completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  September 14, 2025                By:   /s/Christel Raz

                                         Name: Christel Raz

                                         Title: Counselor