Certificate Number: 15317-PAE-DE-040086677

Bankruptcy Case Number: 20-14261



15317-PAE-DE-040086677

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 14, 2025, at 7:28 o'clock AM PDT, Geralyn Rudolph completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 14, 2025

By: /s/Christel Raz

Name: Christel Raz

Title: Counselor