United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14261-djb |
| James B. Rudolph | Chapter 13 |
| Geralyn G. Rudolph | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: Oct 16, 2025      Form ID: 138OBJ      Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James B. Rudolph, Geralyn G. Rudolph, 6131 Autumn Court, Pipersville, PA 18947-1027 |
| 14555289 | | Cardmember Services (British Airways), PO Box 15298, Wilmington, DE 19850-5298 |
| 14555308 | + | US Dept of Education, PO Box 7859, Madison, WI 53707-7859 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 17 2025 00:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2025 00:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14555282 | | Email/PDF: bncnotices@becket-lee.com | Oct 17 2025 00:56:32 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 14561540 | | Email/PDF: bncnotices@becket-lee.com | Oct 17 2025 00:56:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14555283 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 17 2025 00:45:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 14562880 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 17 2025 00:45:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14555284 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 17 2025 00:45:00 | Bank of America, N.A., PO Box 45224, Jacksonville, FL 32232-5224 |
| 14556555 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 17 2025 00:45:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14564658 | + | Email/Text: bnc@bass-associates.com | Oct 17 2025 00:45:00 | CAVALRY SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14558912 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 17 2025 00:45:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop: JCA115, Johnston, RI 02919 |
| 14555285 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2025 00:56:41 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14555288 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2025 00:56:42 | Capital One (Cabela's), PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14559324 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 17 2025 00:56:18 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14555290 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |

Case 20-14261-djb   Doc 50   Filed 10/18/25   Entered 10/19/25 00:40:04   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 16, 2025 | Form ID: 138OBJ | Total Noticed: 45 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 17 2025 00:56:32 | Cardmember Services (Chase), PO Box 15298, Wilmington, DE 19850-5298 |
| 14564217 | + | Email/Text: bnc@bass-associates.com | Oct 17 2025 00:45:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 14555293 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2025 00:56:30 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14555292 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2025 00:56:31 | Citi Cards, PO Box 6062, Sioux Falls, SD 57117 |
| 14555294 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 17 2025 00:45:00 | Citizens Bank Card Services, PO Box 7092, Bridgeport, CT 06601-7092 |
| 14555296 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 17 2025 00:45:00 | Comenity Bank (Legendary Pine), Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 14555297 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 17 2025 00:45:00 | Comenity Bank (Legendary Pine), PO Box 182273, Columbus, OH 43218-2273 |
| 14555299 | | Email/Text: mrdiscen@discover.com | Oct 17 2025 00:45:00 | Discover, PO Box 30943, Salt Lake City, UT 84130-0285 |
| 14555298 | + | Email/Text: mrdiscen@discover.com | Oct 17 2025 00:45:00 | Discover, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 14559212 | | Email/Text: mrdiscen@discover.com | Oct 17 2025 00:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14555300 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 17 2025 00:45:00 | First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 14555301 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 17 2025 00:45:00 | First National Bank of Omaha, PO Box 3696, Omaha, NE 68103-0696 |
| 14563924 | + | Email/Text: RASEBN@raslg.com | Oct 17 2025 00:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14561923 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 17 2025 00:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14555302 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2025 00:56:31 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14566407 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2025 00:56:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14571118 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2025 00:56:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14555303 | + | Email/Text: bkrgeneric@penfed.org | Oct 17 2025 00:45:00 | PenFed Credit Union, PO Box 1432, Alexandria, VA 22313-1432 |
| 14612359 | | Email/Text: bnc-quantum@quantum3group.com | Oct 17 2025 00:45:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14574227 | | Email/Text: bnc-quantum@quantum3group.com | Oct 17 2025 00:45:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14555304 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Oct 17 2025 00:45:00 | Quicken Loans, Inc., ATTN: Client Relations, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14560226 | ^ | MEBN | Oct 17 2025 00:39:18 | Quicken Loans, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14566002 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Oct 17 2025 00:45:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14573687 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2025 00:56:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA |

Case 20-14261-djb  Doc 50  Filed 10/18/25  Entered 10/19/25 00:40:04  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 16, 2025 | Form ID: 138OBJ | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 23541-1021 |
| 14555305 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2025 00:56:31 | Synchrony Bank (Amazon), ATTN: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14555306 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2025 00:56:27 | Synchrony Bank (TJX), ATTN: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14795194 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 17 2025 00:56:40 | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14555307 | + | Email/Text: dbogucki@trumark.org | Oct 17 2025 00:45:00 | Trumark Financial Credit Union, PO Box 8127, Fort Washington, PA 19034-8127 |
| 14597129 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 17 2025 00:45:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14555286 | * | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14555287 | * | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14555291 | * | Cardmember Services (Chase), PO Box 15298, Wilmington, DE 19850-5298 |
| 14555295 | *+ | Citizens Bank Card Services, PO Box 7092, Bridgeport, CT 06601-7092 |
| 14562719 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 18, 2025                Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor QUICKEN LOANS LLC bkgroup@kmllawgroup.com |
| DIANA M. DIXON | on behalf of Joint Debtor Geralyn G. Rudolph dianamdixonesq@gmail.com |
| DIANA M. DIXON | on behalf of Debtor James B. Rudolph dianamdixonesq@gmail.com |
| KENNETH E. WEST | |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
| --- | --- | --- |
| Date Rcvd: Oct 16, 2025 | Form ID: 138OBJ | Total Noticed: 45 |

ecfemails@ph13trustee.com  philaecf@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 138OBJ* (6/24)−doc 48 − 46

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   James B. Rudolph )  Case No. 20−14261−djb
  )
  )
   Geralyn G. Rudolph ) Chapter: 13
   aka Gerri Rudolph )
   Debtor(s). )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

   To all creditors and parties in interest, NOTICE IS GIVEN THAT:

   The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

   Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

   All objections must be filed with the Clerk at the following address:

      Eastern District of Pennsylvania
      900 Market Street
      Suite 400
      Philadelphia, PA 19107

   In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 16, 2025                                     For The Court

                                                                                         Mohung Wong
                                                                                         Clerk of Court